DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| RONALD E. GILLETTE,       ) | |
| ) | |
| Petitioner,       ) | |
| ) | |
| v.       ) | |
| ) | Civil Action No. 2012-10 |
| KEITH FRANCOIS, WARDEN OF THE       ) | |
| GOLDEN GROVE CORRECTIONAL       ) | |
| FACILITY; TERRITORY OF THE VIRGIN       ) | |
| ISLANDS; and THE UNITED STATES       ) | |
| OF AMERICA,       ) | |
| ) | |
| Respondents.       ) | |

**Attorneys:**
**Joseph A. DiRuzzo, III, Esq.,**
Miami, FL
    *For Petitioner*

**Jason T. Cohen, Esq.,**
St. Thomas, U.S.V.I.
*For Respondent United States of America*

**Vincent F. Frazer, Esq.,**
St. Croix, U.S.V.I.
    *For Respondents Francois and the*
    *Territory of the Virgin Islands*

**ORDER**

**UPON CONSIDERATION** of Petitioner Ronald E. Gillette's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. No. 1), and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Plaintiff's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction.

**SO ORDERED.**

Date: April 30, 2013

_____/s/_____
WILMA A. LEWIS
District Judge